STATE v. DAMERON

No. 425P02

Case below: 151 N.C. App. 599

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. DAMMONS

No. 613P02

Case below: 153 N.C. App. 812

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. DOSWELL

No. 600A02

Case below: 153 N.C. App. 812

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003.

STATE v. DOVE

No. 131P01-5

Case below: 153 N.C. App. 524

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 January 2003. Application by defendant for writ of habeas corpus denied 3 January 2003.

STATE v. DUDLEY

No. 443P02

Case below: 151 N.C. App. 749

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.